E-FILED
Tuesday, 05 February, 2019 04:14:01 PM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States of America<br>v.<br><br>CORNELL D. A. JOHNSON<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No.  19-MJ-7 024 |

FILED
FEB - 5 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 31, 2018__ in the county of __Macon__ in the __Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of a Minor |
| 18 U.S.C. § 2252 | Possession of Child Pornography |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

s/Ronald Borowczyk
*Complainant's signature*

RONALD A. BOROWCZYK, TFO, HSI/ICE
*Printed name and title*

Sworn to before me and signed in my presence.

s/Eric I Long

Date: 02/05/2019

*Judge's signature*

City and state: Urbana, Illinois

ERIC I. LONG, Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Ronald A. Borowczyk, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.  I am a Task Force Officer (TFO) with the U.S. Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), assigned to the Resident Agent in Charge (RAC) in Springfield, Illinois since 2004. As part of my duties as an HSI/ICE TFO, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251(a), 2252(a) and 2252A. I received training in the area of child pornography and child exploitation at the Federal Law Enforcement Training Center in Brunswick (Glyn County), Georgia in 2006, PCERT/ BCERT and at DHS/HSI ICE Cyber Crime Headquarters in Fairfax Va. (ACERT). I have also completed OJJDP Training on conducting investigations into the exploitation of children, and child pornography via the internet, I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in various forms of media to include print and digital forms of media. I am also a Detective with the Decatur Illinois Police Department I have been employed as a Police Officer since September of 1992. I have been assigned to the juvenile investigations division since 2000, prior to that assignment I was assigned the Decatur Police Department's Street Crimes Investigations Unit, and the first assignment I had with the Decatur Police Department

1

was on its third shift patrol. As a portion of my training to become a certified Police Officer in the State of Illinois, I attended the Lincoln Land Police Training Center, graduating in December of 1992. Prior to becoming a Police Officer, I earned the rank of sergeant in the Illinois Army National Guard, and in 1990 I was commissioned as a Second Lieutenant in the United States Army Reserve, receiving my honorable discharge from service in 1999. I earned my Bachelor of Science Degree from Southern Illinois University-Carbondale in 1991, majoring in Administration of Justice with a specialization in security management and secondary specialization in Army Military Science.

2. As a task force officer, I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of, and to make arrests for, child exploitation and child pornography offenses enumerated in Title 18, United States Code, Sections 2251, 2252 and 2252A et seq. As an HSI task force officer, I am authorized to execute warrants issued under the authority of the United States.

3. This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information provided by other law enforcement agents involved in this and other computer crime investigations, including specifically, Investigator Thomas M. Berola.

4. Investigator Thomas M. Berola[1], is an Investigator and sworn law enforcement officer for the Illinois Attorney General's Office, High Tech Crimes Bureau. Berola is a United States citizen and a resident of the State of Illinois and has been involved in law enforcement for over twenty-seven years. Berola has been an investigator for the Illinois Attorney General's Office for the past nineteen years; prior to that he was a sergeant with the Auburn, Illinois, Police Department. As part of Berola's daily duties as an Illinois Attorney General Investigator, he investigates criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal manufacture, distribution, and possession of child pornography, in violation of Title 18, United States Code, Sections 2251(a), 2252 and 2252A. Berola has received and conducted training in the area of child pornography and child exploitation, and has had the opportunity to observe and review numerous examples of child pornography in various forms of media including computer media. Berola has attended training in computer crime investigation conducted by the State of Illinois through the Illinois Law Enforcement Training and Standards Board, Mobile Training Unit and the Internet Crimes Against Children Task Force Training and Technical Assistance Program. The Internet Crimes Against Children Training and Technical Assistance Program is the training branch of the Internet Crimes Against Children Task Force, a

---

[1] The Seventh Circuit Court of Appeals made arguably adverse credibility findings regarding this witness in *United States v. Slaight*, 620 F.3d 816 (7th Cir. 2010). To the extent that the opinion reflects on the testimonial credibility of this witness, the United States respectfully disagrees. The United States further notes that, in the underlying district court case, the district court did not make an adverse credibility finding as to Investigator Berola's testimony and there was no finding by the *Slaight* Court that the district court's credibility finding was clearly erroneous.

nationwide Task Force under the supervision of the United States Department of Justice, Office of Juvenile Justice and Delinquency Prevention. Berola has on numerous occasions been involved with investigations involving the internet/computer crimes and has been involved in the execution of numerous state and federal search warrants.

5. This affidavit is made in support of criminal complaint charging **Cornell D.A. Johnson** with Sexual Exploitation of a Child, in violation of Title 18, United States Code, Section 2251(a), and Possession of Child Pornography, in violation of Title 18, United States Code Section 2252(a)(4)(B) and (b)(2).

6. As will be shown below, there is probable cause to believe that **Cornell D.A. Johnson** possessed visual depictions of minors engaged in sexually explicit conduct (as defined in 18 U.S.C. § 2256) ("child pornography") in violation of Title 18, United States Code, Sections 2252, and solicited, induced, enticed or coerced at least one minor to engage in sexually explicit conduct and produce an image of that conduct in violation of Title 18, United States Code, Section 2251(a).

## RELEVANT STATUTES

7. This investigation concerns alleged violations of Title 18, U.S.C. § 2251(a) and 2252, relating to material involving the sexual exploitation of minors:

- **Sexual Exploitation of a Minor (18, U.S.C. § 2251(a)):** prohibits any person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in, or having a minor assist any other person to engage in, any sexually explicit conduct outside the United States, its territories or possessions, for the purpose of producing any visual depiction of such conduct if such person intends the visual depiction to be transported to the United States, its territories or possessions, by any means, including by using any means or facility of

4

interstate or foreign commerce or mail, or the person transports such visual depiction to the United States its territories or possessions, by any means, including by using any means or facility of interstate or foreign commerce or mail.

- **Possession of Child Pornography (18 U.S.C. § 2252):** This investigation concerns alleged violations of **18 U.S.C. § 2252**, which generally prohibits a person from knowingly possessing any visual depiction of minors engaging in sexually explicit conduct when such visual depiction was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such visual depiction was produced using materials that had traveled in interstate or foreign commerce. It is also a crime to attempt to commit this offense.

## INVESTIGATION

8. *Cybertip Report 45923865*: On January 5, 2019, at approximately 05:00:22 UTC, the website Facebook[2] detected that a child pornographic image had been uploaded by a Facebook user and sent to a Facebook user using screen name: **monae.monique.52** by means of Facebook Messenger. This image can be described as being an image file

---

[2] Facebook owns and operates a free-access social networking website that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public. Facebook allows users to upload photos and videos. Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. In addition, Facebook has a Chat feature that allows users to send and receive instant messages through Facebook. These chat communications are stored in the chat history for the account. Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.

depicting the lewd and lascivious exhibition of the unclothed pubic area and penis of a pre-pubescent male child under the age of 13 years. The minor's genitals are the focal point of the image.

9. On January 5, 2019, at approximately 05:04:13 UTC, the website Facebook detected that a child pornographic movie had been uploaded by a Facebook user and sent to a Facebook user using screen name: **monae.monique.52** by means of Facebook Messenger. This movie file can be described as being a movie file depicting the lewd and lascivious exhibition of the unclothed pubic area and penis of a pre-pubescent male child under the age of 13 years having his penis rubbed and stimulated by an unknown adult.

10. Cybertip Report 45923865 was also sent to law enforcement in Alabama, which included the IP address of the Facebook user who uploaded the image file and video file. Alabama law enforcement was able to identify the subscriber through and on January 29, 2019. The Alabama State Bureau of Investigation Special Victims Unit executed a search warrant at the residence associated with this cybertip. During the execution of the search warrant agents were able to locate items seen in the video such as the clothes that the younger male victim was wearing, the blanket the victim was laying on, and a ring that the older minor had on. The older minor was identified as being T.N.K., a sixteen year old female, and the younger male victim was identified as being an eight-year-old, a relative of T.N.K.

11. In Cybertip 45923865, Facebook provided information that the recipient, **monae.monique.52** was accessing Facebook using IPv6 address: 2602:306:cc7f:7e40:a1bd:725e:6759:946c. On January 30, 2019, Investigator Berola served a Federal

Administrative Subpoena upon AT&T to determine who was using IPv6 address 2602:306:cc7f:7e40:a1bd:725e:6759:946c on January 5, 2019. On January 31, 2019, AT&T replied with the following information identifying the subscriber who was assigned to this IPv6 address, specifically, an adult male, C.D., with a service address on the 1100 block of East Division, in Decatur, Illinois, which is **Cornell D.A. Johnson**'s residence.

12. There are numerous cybertips from Facebook, each engaging in a similar method and means of soliciting sexually exploitative material of apparent minors through Facebook messenger, all which appear to resolve back to an individual in Decatur, Illinois. In Cybertips 45961823 and 45962151, the email address associated with the Facebook messenger name is: cornelljohnson1997@icloud.com.

13. *Cybertip Report 45927091*: On December 31, 2018, at approximately 06:18:20 UTC, Facebook detected the child pornographic image that had been uploaded by a Facebook user and sent to a Facebook user using screen name: **asia.monae.965,** by means of Facebook Messenger. This image can be described as being an image file depicting the lewd and lascivious exhibition of the unclothed pubic area and penis of a pre-pubescent male child under the age of 13 years. The focal point of the image is the minor's genitals with the face of an unknown female subject next to the child's penis. Facebook reported the text conversation which directly preceded the picture being sent between users as follows:

> **asia.monae.965:** (December 31, 2018 at 06:12:09 UTC) "no now im tryna get this out the way look if u do this vid I promise ill delete it all and still pay u but u gotta do it now".

[redacted]: (December 31, 2018 at 06:12:53 UTC) "Fine FINE FINE FINE damn".

asia.monae.965: (December 31, 2018 at 06:13:00 UTC) "waiting".

[redacted]: (December 31, 2018 at 06:16:29 UTC) "He won't let me!"

[redacted]: (December 31, 2018 at 06:16:46 UTC) "I'm telling u I can't I sent u ya little dick pics".

asia.monae.965: (December 31, 2018 at 06:17:23 UTC) "omg well just take a pic of ur face next to his dick damn".

14. In addition to the image described above, numerous videos and images depicting at least one minor were featured in files sent from this Facebook user to **asia.monae.965**, including images that featured minors engaging in sexual acts and lewd displays of their genitalia.

15. Delaware law enforcement also received Cybertip 45927091 and identified the individuals who were depicted in the images and videos. Det. John Messick of the Delaware State Police gave the following summary of their investigation: two Delaware child victims, a black female, 14 years old, and a black male 8 years old, were identified pursuant to this investigation. A suspect was soliciting the 14 year old female child in Delaware to send naked photos of herself through Facebook. Once the female child sent one nude photo, the suspect wanted more photos of her and nude photos of a younger child's genitals or the suspect threatened to contact the police. Unwillingly, the female sent more nude photos of herself and of the younger child's genitals. The female victim also stated she was contemplating suicide because she was forced to take more photos of herself and the younger child.

16. In Cybertip 45927091 Facebook provided information that identified **asia.monae.965** was accessing Facebook using IPv6 address: 2602:306:cc7f:7e40:d47e:55cf:7f90:8b13. On January 30, 2019, Investigator Berola served a Federal Administrative Subpoena upon AT&T to determine who was using IPv6 address: 2602:306:cc7f:7e40:d47e:55cf:7f90:8b13 on December 31, 2018. AT&T replied identifying the same subscriber and residence as identified in the previous cyber tip, referenced in paragraph 11, **Johnson's** residence.

17. On February 1, 2019, United States Magistrate Judge Eric I. Long authorized the search of **Cornell D.A. Johnson**'s residence on East Division in Decatur, in the Central District of Illinois.

18. On February 4, 2019, Department of Homeland Security agents and task force officers, along with the Internet Crimes Against Children Task Force of the Illinois Attorney General's office executed this warrant. **Johnson** was present along with several other adults.

19. **Johnson** agreed to speak to investigators and admitted to creating fake Facebook accounts and corresponding fake email addresses in order to solicit sexually explicit images from minors. **Johnson** was shown an image from the Delaware cyber tip, referenced in paragraphs 13-16, above. **Johnson** remembered soliciting this image and remembered receiving the image.

20. An on-scene preview of two cell phone devices belonging to **Johnson** revealed an image from a cybertip associated with an Ohio investigation, similar in method and means as the Delaware and Alabama investigations, detailed in this

document. This investigation involved images depicting a 12 year old female engaging in oral sex with a 4 year old female. The image located on **Johnson's** device depicts an erotica image of the 12 year old female, but not the 4 year old female. The image, however, appears to be part of the series of images from that incident. Further, **Johnson** admitted to soliciting and directing the 12 year old female to engage in oral sex with the 4 year old, although he claimed he did not know their ages.

21.  In addition, investigators located an image that appeared to be a screenshot of a cell phone depicting a female who had opened the onesie of a male infant exposing the infant's genitalia.

Respectfully submitted,

s/Ronald Borowczyk

_____
Ronald A. Borowczyk, Detective/TFO
Department of Homeland Security

Subscribed and sworn to before me
this 5th day of February, 2019.
s/Eric I Long

_____
Eric I. Long, Magistrate Judge
United States District Court