UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORNELL JOHNSON,<br><br>Defendant. | No. 19-20017 |

**Defendant's Sentencing Commentary**

Defendant Cornell Johnson, through Assistant Federal Public Defender Johanes Maliza, respectfully submits this sentencing commentary.  In support thereof, he states as follows.

1. Mr. Johnson respectfully submits that a sentence of (a) 480 months in prison; (b) lifetime supervised release; (c) no fine; (d) the required restitution; and (e) the mandatory special assessment is sufficient but not greater than necessary to meet the sentencing goals of 18 U.S.C. § 3553(a).

2. At the sentencing hearing, Mr. Johnson intends to present one witness, Carlos Dozier, his stepfather.  Mr. Johnson expects that it will be about 10 minutes of testimony.

3. Mr. Johnson asks that the Court review the character letters attached to this commentary.

4. Mr. Johnson submits a memorandum of law to this commentary.

5.      Mr. Johnson respectfully requests that the Court order that any interest on restitution be waived.

WHEREFORE Defendant respectfully requests that the Court sentence him to (a) 480 months in prison; (b) lifetime supervised release; (c) no fine; (d) the required restitution; and (e) the mandatory special assessment .

                                              Respectfully submitted,

April 10, 2021                     CORNELL JOHNSON, Defendant,

                                              THOMAS PATTON, Federal Public Defender

                                              By: s/ Johanes Maliza  
                                              Johanes C. Maliza (6323056)  
                                              Assistant Federal Public Defender  
                                              600 E. Adams St., Third Floor  
                                              Springfield, IL 62701  
                                              Telephone:   217-492-5070  
                                              Facsimile:    217-492-5077  
                                              E-mail:         johanes_maliza@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/ Johanes C. Maliza