8-15-20

Dear Judge

    hi your honor. my name is Carlos Dozier II. Cornell is my older brother the only older sibling I have im writing this letter on his behalf because i love and miss my brother he is always helping his, family or friend out. he is nice as possible compared to the rest of his brothers Please dont take my brother away for a long time. he's a big part in my life. my brother is not the person there Betraying him to be. he would have never donee the stupid things he did if he knew how serious the whole thing was. he surley deserve a second chacne at life. he dosnt even have a police record he made a mistake like any other human does and or will,

,Carlos Dozier II