Dear Judge,

I am Lee Lozier, Cornell Johnson's mother.

Cornell is my first born son. He has 4 brothers also. He is the most giving person & helpful person I know. He is always helping myself, as well as anybody if they need it.

I have so many stories to tell where he has helped me. He helps w/ everything. All my handy work, moving things when moved. One time I remember when the neighbor across the street needed help hanging her plants & she asked Cornell. He did and she tried to pay him & he refused her money. He said it wasn't a big deal. He said momma all I did was hang 2 plants. She can have her money.

He impressed me when I started my new job, he bought a car so I made

it to work & from work. He impressed me when he found out he had a son (Ti'Meri) he stepped up as a father and started taking care of his baby @ the age of 17 years.

When he was younger he helped out alot in cleaning, helped his brothers fix bikes. I could go on for pages & pages about how helpful he was.

His biological father was not in his life. He only showed up a few times in his whole life. My husband Carlos Dozier raised him since he was 3 mths old. He is raised w/ manners, he is not selfish, he is caring & giving.

He is truly missed around his family. This is a very sad situation and a very difficult one. His presence is much needed around his family. His absence

will 3 is very hurtful and hard to deal w/. When I talk to my grandson he is always askin "Grandma when is my dad coming home?" And it breaks my heart to pieces. He's a very smart 6 yr old. Asks <u>alot</u> of questions. I don't want him to grow up w/out his dad in his life. His son will miss him most. I'm askin your Honor to please have mercy on my son's soul.

I will always help him & be there for him. w/ 'him gone my family is very incomplete. What-ever he needs to help him and complete my family, I will make certain he receives it.

When he gets out I will help him succeed w/ the rest of his life.

Cornell is really a great person. He will give his

Header: 

④

last to help anyway.

I've always been told how polite he was.

I'm askin Please have mercy on his soul. I love my son w/ all my heart.

Sincerely,
[signature]
Decatur, Il.