7·12·19

Dear Judge,

My name is Dmontae Dozier, Cornell Johnson is my Big Brother. I miss him so much. I Love my brother. Our birthdays are 5 day and 4 year apart He always help hook up our TVi's and Stereos. He helps me with Really hard things. I dont kow if Im writting this correct or not. Please let my brother come Home. He Sat with me the whole time when I got hit by a truck He was with me the whole time I miss Him so much it aint been the same with out him Pleas Let Him come Home. I miss and love Him so much.

Thank you,
TaeTae (Dmontae)