E-FILED
Saturday, 10 April, 2021 05:28:35 PM
Clerk, U.S. District Court, ILCD

06/3/19

Dear Judge,

I am writing you on behalf of Cornell Johnson, I have known Cornell since the age of fourteen till the age I am now growing up with him he was always an intelligent, kindhearted person with the sweetest personality. Also as to getting to know Cornell over the years he was always the type to always look out for others in need of help weather if it was giving somebody his last or just going above and beyond to help family or friend in need of help, I never knew of him to be a bad person he always had respectable manners any where we went in public and even when to talking to just people in person, Cornell taught me so much when it came to just being a nicer person to others or just kinder period he has always been like an older brother to me I just feel that

he ~~deserves~~ deserves a second chance and I feel like he shouldn't be where he Is everyone in life makes mistakes bot cornell is not a bad person at all please rethink your thoughts over about cornell.

Sincerely, Samonia J.