Menu ▾ | Quick Search | Tasks (0) / Reports ▾ | Current Year 2018-2019 School Year ▾

 Cornell Deevante Johnson › ID 250202

| | | | |
|---|---|---|---|
| Grade | 08 | Building | 75 - Thomas Jefferson Middle School |
| Status | Inactive | Counselor | Luckenbill, P |

| | |
|---|---|
| Birthdate / A... | 1/10/1997 - 22:01 |
| House/Team | 8-1 - Eighth Grade Team 1 |

Homeroom
Sec Homero...

## Entry/Withdrawal

### Regular School Year

| School Year | Building | Calendar | Grade | Entry Code | Date | Withdrawal Code | Date |
|---|---|---|---|---|---|---|---|
| 2014 | 75 - Thomas Jefferson Middle School | R | 08 | SY - Start Year | 08/14/2013 | 22 - Ged Program | 08/14/2013 |
| 2013 | 75 - Thomas Jefferson Middle School | R | 08 | 20 - Another Dist 61 Sch | 01/23/2013 | RT - Retained At End Of Year | 05/29/2013 |
| 2013 | 58 - Phoenix Academy | R | 08 | SY - Start Year | 08/20/2012 | 01 - Dist 61 School | 12/21/2012 |
| 2012 | 58 - Phoenix Academy | R | 08 | 20 - Another Dist 61 Sch | 04/17/2012 | EY - End Of Year | 05/24/2012 |
| 2012 | 75 - Thomas Jefferson Middle School | R | 08 | 25 - Re-Enter, This Year | 11/15/2011 | 01 - Dist 61 School | 04/04/2012 |
| 2012 | 75 - Thomas Jefferson Middle School | R | 08 | SY - Start Year | 08/22/2011 | 06 - Youth Commission | 11/07/2011 |
| 2011 | 75 - Thomas Jefferson Middle School | R | 07 | SY - Start Year | 08/18/2010 | EY - End Of Year | 05/31/2011 |
| 2010 | 62 - Stevenson Elementary School | R | 06 | 30 - Re-Enter Previous Yr | 03/03/2010 | EY - End Of Year | 05/25/2010 |
| 2009 | 62 - Stevenson Elementary School | R | 05 | SY - Start Year | 08/20/2008 | 08 - Outside Illinois | 04/08/2009 |
| 2008 | 62 - Stevenson Elementary School | R | 04 | SY - Start Year | 08/22/2007 | EY - End Of Year | 05/27/2008 |
| 2007 | 33 - William Harris Elementary School | R | 03 | SY - Start Year | 08/21/2006 | EY - End Of Year | 05/31/2007 |
| 2006 | 33 - William Harris Elementary School | R | 02 | 25 - Re-Enter, This Year | 02/21/2006 | EY - End Of Year | 05/31/2006 |
| 2006 | 22 - Franklin Elementary School | R | 02 | SY - Start Year | 08/19/2005 | 08 - Outside Illinois | 10/26/2005 |
| 2005 | 49 - Parsons Elementary School | R | 01 | SY - Start Year | 08/26/2004 | EY - End Of Year | 05/27/2005 |
| 2004 | 62 - Stevenson Elementary School | R | 01 | SY - Start Year | 08/18/2003 | EY - End Of Year | 05/24/2004 |
| 2003 | 62 - Stevenson Elementary School | B | KG | AA - AA | 08/26/2002 | EY - End Of Year | 05/23/2003 |

### Summer School Year

| School Year | Building | Calendar | Grade | Entry Code | Date | Withdrawal Code | Date |
|---|---|---|---|---|---|---|---|